TIMOTHY J. McILWAIN
ATTORNEY AT LAW, LLC
89 River Street #1538
Hoboken, New Jersey 07030
Tel: (877) 375-9599
Fax: (609) 450-7017
Email: Attorney@McIlwainLaw.com

JOSEPH C. CANE, JR., ESQ. (CA State Bar No. 173861)
*(Pro Hac Vice Application pending)*
jcane@businesslpc.com
CHRISTIAN S. MOLNAR, ESQ. (CA State Bar No. 177665)
christian@christiansmolnarlaw.com
*(Pro Hac Vice Application pending)*
12400 Wilshire Boulevard, Suite 1180
Los Angeles, California 90025
Tel: (310) 820-9900
Fax: (310) 919-1950

Attorneys for Plaintiffs ASTERO, LLC, a New Jersey limited liability company, and ANDREA K. TANTAROS, an individual

## THE UNITED STATES DISTRICT COURT,

## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ASTERO, LLC, a New Jersey limited liability company; ANDREA K. TANTAROS, an individual,<br><br>          Plaintiffs,<br><br>          vs.<br><br>TALK RADIO NETWORK ENTERTAINMENT, INC., an Oregon corporation, MARK MASTERS, an individual, and Does 1 through 10, inclusive,<br><br>          Defendants. | Case No.: 1:13-cv-06005-NLH-JS<br><br>**NOTICE OF MOTION AND MOTION OF PLAINTIFFS ASTERO, LLC AND ANDREA K. TANTAROS FOR *PRO HAC VICE* ADMISSION OF CHRISTIAN S. MOLNAR, ESQ.; STATEMENT IN LIEU OF BRIEF AND DECLARATION OF SERVICE** |

**NOTICE OF MOTION AND MOTION OF PLAINTIFFS ASTERO, LLC AND ANDREA K. TANTAROS FOR *PRO HAC VICE* ADMISSION OF CHRISTIAN S. MOLNAR, ESQ.; STATEMENT IN LIEU OF BRIEF AND DECLARATION OF SERVICE**

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEY OF RECORD**:

  **PLEASE TAKE NOTICE** that as soon as movants may be heard, Plaintiffs ASTERO, LLC, a New Jersey limited liability company, and ANDREA K. TANTAROS, an individual (hereinafter collectively referred to as "Plaintiffs,") shall move before the Honorable Joel Schneider, United States District Judge, sitting in the United States District Court for the District of New Jersey in Newark, New Jersey, for an order admitting Christian S. Molnar, Esq. of the California bar *pro hac vice* on behalf of Plaintiffs in the above-referenced matter.

  **PLEASE TAKE FURTHER NOTICE** that, in support of the motion, movants shall rely on the declaration submitted simultaneously herewith.  A proposed Order has been herewith submitted.

<u>**STATEMENT IN LIEU OF BRIEF**</u>

  As the relief sought is directed solely to the discretion of the Court, and as all counsel consent to the relief sought herein, under the Local Rules, no brief in support of this motion is required.

////
////
////
////
////
////
////
////
////
////
////

**NOTICE OF MOTION AND MOTION OF PLAINTIFFS ASTERO, LLC AND ANDREA K. TANTAROS FOR *PRO HAC VICE* ADMISSION OF CHRISTIAN S. MOLNAR, ESQ.; STATEMENT IN LIEU OF BRIEF AND DECLARATION OF SERVICE**

## <u>CERTIFICATION OF SERVICE</u>

The undersigned member of the bar of this Court hereby certifies that true copies of the foregoing notice of motion, together with the supporting declaration and proposed order have been personally served upon Defendants TALK RADIO NETWORK ENTERTAINMENT, INC., an Oregon corporation, and MARK MASTERS, an individual, via mail this date.

Dated: November 8, 2013                   **TIMOTHY J. McILWAIN**


/s/Timothy J. McIlwain_____
Timothy J. McIlwain, counsel for Plaintiffs
ASTERO, LLC, a New Jersey limited
liability company and ANDREA
TANTAROS, an individual

---

**3**

**NOTICE OF MOTION AND MOTION OF PLAINTIFFS ASTERO, LLC AND
ANDREA K. TANTAROS FOR *PRO HAC VICE* ADMISSION OF CHRISTIAN
S. MOLNAR, ESQ.; STATEMENT IN LIEU OF BRIEF AND DECLARATION
OF SERVICE**