TIMOTHY J. McILWAIN
ATTORNEY AT LAW, LLC
89 River Street #1538
Hoboken, New Jersey 07030
Tel: (877) 375-9599
Fax: (609) 450-7017
Email: Attorney@McIlwainLaw.com

JOSEPH C. CANE, JR., ESQ. (CA State Bar No. 173861)
*(Pro Hac Vice Application pending)*
jcane@businesslpc.com
CHRISTIAN S. MOLNAR, ESQ. (CA State Bar No. 177665)
christian@christiansmolnarlaw.com
*(Pro Hac Vice Application pending)*
12400 Wilshire Boulevard, Suite 1180
Los Angeles, California 90025
Tel: (310) 820-9900
Fax: (310) 919-1950

Attorneys for Plaintiffs ASTERO, LLC, a New Jersey limited liability company, and ANDREA K. TANTAROS, an individual

# THE UNITED STATES DISTRICT COURT,

# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ASTERO, LLC, a New Jersey limited liability company; ANDREA K. TANTAROS, an individual,<br><br>    Plaintiffs,<br><br>  vs.<br><br>TALK RADIO NETWORK ENTERTAINMENT, INC., an Oregon corporation, MARK MASTERS, an individual, and Does 1 through 10, inclusive,<br><br>    Defendants. | Case No.: 1:13-cv-06005-NLH-JS<br><br>**CERTIFICATION OF CHRISTIAN S. MOLNAR, ESQ. IN SUPPORT OF APPLICATION FOR ADMISSION** *PRO HAC VICE* |

////

////

---

1

**CERTIFICATION OF CHRISTIAN S. MOLNAR, ESQ. IN SUPPORT OF APPLICATION FOR ADMISSION** *PRO HAC VICE*

## **CERTIFICATION OF CHRISTIAN S. MOLNAR, ESQ.**

I, Christian S. Molnar, declare:

1. I am the principal with the law firm Christian S. Molnar Law Corporation, which maintains an office at 12400 Wilshire Boulevard, Suite 1180, Los Angeles, California 90025.

2. I make this certification in support of the application for my admission *pro hac vice*.

3. I was admitted on September 18, 1995 to the Bar of the State of California, with offices located at 180 Howard Street, San Francisco, California 94105 and 1149 South Hill Street, Los Angeles, California 90015.

4. I am currently in good standing of the Bar of the State of California   I am also admitted to practice in the United States District Court for the Central, Northern and Southern Districts of California and the Court of Appeals of the State of California.

5. There are no disciplinary proceedings pending against me in any jurisdiction.

6. No disciplinary proceedings were previously imposed against me in any jurisdiction.

7. I agree to associate in this matter with New Jersey counsel of record, Timothy J. McIlwain, Esq. of Attorney at Law, LLC, in accordance with Local Rule of Civil Procedure 101.1(c).  Should this application be granted, a member of the Bar of the State of New Jersey from Attorney at Law, LLC will be present at all proceedings, will sign all pleadings, briefs and other papers filed with the Court and will assume responsibility for said papers, for the conduct of this action and for my conduct.

8. I agree to: (a) abide by the Court Rules for the District of New Jersey, (b) notify this Court immediately of any matter affecting my standing in the Bar of the State of California or any other court to which I am admitted and (c) have all pleadings, briefs and other papers filed with the Court signed by an attorney of record authorized to practice in the State of New Jersey.

**CERTIFICATION OF CHRISTIAN S. MOLNAR, ESQ. IN SUPPORT OF APPLICATION FOR ADMISSION *PRO HAC VICE***

9. I am aware that I am within the disciplinary jurisdiction of this Court.

10. For the foregoing reasons I respectfully request that this Court grant my application for admission *pro hac vice*.

Dated: November 8, 2013

/s/Christian S. Molnar
Christian S. Molnar

---

3

**CERTIFICATION OF CHRISTIAN S. MOLNAR, ESQ. IN SUPPORT OF APPLICATION FOR ADMISSION *PRO HAC VICE***