TIMOTHY J. McILWAIN
ATTORNEY AT LAW, LLC
89 River Street #1538
Hoboken, New Jersey 07030
Tel: (877) 375-9599
Fax: (609) 450-7017
Email: Attorney@McIlwainLaw.com

JOSEPH C. CANE, JR., ESQ. (CA State Bar No. 173861)
*(Pro Hac Vice Application pending)*
jcane@businesslpc.com
CHRISTIAN S. MOLNAR, ESQ. (CA State Bar No. 177665)
christian@christiansmolnarlaw.com
*(Pro Hac Vice Application pending)*
12400 Wilshire Boulevard, Suite 1180
Los Angeles, California 90025
Tel: (310) 820-9900
Fax: (310) 919-1950

Attorneys for Plaintiffs ASTERO, LLC, a New Jersey limited liability company, and ANDREA K. TANTAROS, an individual

# THE UNITED STATES DISTRICT COURT,

# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ASTERO, LLC, a New Jersey limited liability company; ANDREA K. TANTAROS, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>TALK RADIO NETWORK ENTERTAINMENT, INC., an Oregon corporation, MARK MASTERS, an individual, and Does 1 through 10, inclusive,<br><br>Defendants. | Case No.: 1:13-cv-06005-NLH-JS<br><br>**[PROPOSED] ORDER GRANTING** *PRO HAC VICE* **ADMISSION OF CHRISTIAN S. MOLNAR, ESQ.** |

////

////

---

1

**[PROPOSED] ORDER GRANTING** *PRO HAC VICE* **ADMISSION OF CHRISTIAN S. MOLNAR, ESQ.**

**THIS MATTER**, having been opened to the Court by Attorney at Law, LLC, local counsel for Plaintiffs ASTERO, LLC, a New Jersey limited liability company, and ANDREA K. TANTAROS, an individual (hereinafter collectively referred to as "Plaintiffs,") on application to admit *pro hac vice* Christian S. Molnar, Esq.; and the Court having considered the Certification of Christian S. Molnar, Esq. submitted in support thereof; and the Court having found that Christian S. Molnar, Esq. is a member in good standing before the Bar of the State of California; and for good cause shown,

**IT IS**, on this ____ day of _____, 2013,

**ORDERED**, that Christian S. Molnar, Esq. be admitted *pro hac vice* pursuant to L.Civ.R. 101.1(c), to be heard in the above-captioned action in the same manner as attorneys who are domiciled in and maintain an office for the practice of law in the State of New Jersey, provided that said attorney shall:

1. Arrange with the New Jersey Lawyer's Fund for Client Protection for payment of the annual fee, for this year and for each year during the duration of the Applicant's involvement in this case in accordance with new Jersey Court Rule 1:28-2 and L.Civ.R. 101.1, said fee to be deposited within twenty (20) days of this Order;

2. Abide by the Local Rules of the United States District Court for the District of New Jersey and the Local Rules of Bankruptcy Procedure for the District of New Jersey, including all disciplinary rules;

3. Notify the Court immediately of any matter affecting his standard at the Bar of any Court; and,

4. Have all pleadings, briefs and other papers filed with the Court signed by an attorney of record authorized to practice in this State, who shall be responsible for them and for the conduct of the case; and it is further

**ORDERED**, that copy of this Order shall be served upon all parties within seven (7) days hereof.

_____
The Honorable Joel Schneider

2
**[PROPOSED] ORDER GRANTING *PRO HAC VICE* ADMISSION OF CHRISTIAN S. MOLNAR, ESQ.**