9. I am aware that I am within the disciplinary jurisdiction of this Court.

10. For the foregoing reasons I respectfully request that this Court grant my application for admission *pro hac vice*.

Dated: November 8, 2013

*[signature]*

Christian S. Molnar

---

3

**CERTIFICATION OF CHRISTIAN S. MOLNAR, ESQ. IN SUPPORT OF APPLICATION FOR ADMISSION *PRO HAC VICE***