TIMOTHY J. McILWAIN
ATTORNEY AT LAW, LLC
89 River Street #1538
Hoboken, New Jersey 07030
Tel: (877) 375-9599
Fax: (609) 450-7017
Email: Attorney@McIlwainLaw.com

CHRISTIAN S. MOLNAR, ESQ. (CA State Bar No. 177665)
*(Pro Hac Vice Application pending)*
**CHRISTIAN S. MOLNAR LAW CORPORATION**
12400 Wilshire Boulevard, Suite 1180
Los Angeles, California 90025
Telephone: (310) 820-9900
Facsimile: (310) 820-9926
Email: christian@christiansmolnarlaw.com

Attorneys for Plaintiffs ASTERO, LLC, a New Jersey Limited Liability Company, and ANDREA K. TANTAROS, an individual

# THE UNITED STATES DISTRICT COURT,
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ASTERO, LLC, a New Jersey Limited Liability Company; ANDREA K. TANTAROS, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>TALK RADIO NETWORK ENTERTAINMENT, INC., an Oregon corporation, MARK MASTERS, an individual, and Does 1 through 10, inclusive,<br><br>Defendants. | Case No.: 1:13-cv-06005-NLH-JS<br><br>**APPLICATION OF PLAINTIFFS ASTERO, LLC, A NEW JERSEY LIMITED LIABILITY COMPANY, AND ANDREA K. TANTAROS, AN INDIVIDUAL, FOR CLERK'S ENTRY OF DEFAULT AGAINST DEFENDANTS TALK RADIO NETWORK ENTERTAINMENT, INC., AN OREGON CORPORATION, AND MARK MASTERS, AN INDIVIDUAL, IN ACCORDANCE WITH FED.R.CIV.P. 55(a)** |

## REQUEST FOR CLERK'S ENTRY OF DEFAULT

In accordance with Fed.R.Civ.P. 55(a), Plaintiffs ASTERO LLC, a New Jersey Limited Liability Company, and ANDREA K. TANTAROS, an individual, requests that a Clerk's Entry of Default be entered against Defendants TALK RADIO NETWORK ENTERTAINMENT, INC., an Oregon Corporation (hereinafter "TRN"), and MARK MASTERS, an individual (hereinafter "MASTERS"), for failure to plead or otherwise defend. Defendants have not complied with the Summons issued on November 8, 2013, by failing to appear or otherwise respond to the complaint within the twenty-one day time frame prescribed in therein [Dkt. No. 12.] after being properly served with the summons and Second Amended Complaint on November 21, 2013. [Dkt. No. 14.]

## AFFIDAVIT

1. The Summons and Complaint were served on both Defendants on or about November 21, 2013, evidenced by the Proofs of Service of Summons on file with this Court. [Dkt. No. 14.]

2. Defendants TRN and MASTERS have failed to plead or otherwise defend in accordance with Fed.R.Civ.P. 12.

3. Defendants TRN and MASTERS are not infants, incompetent persons, or members of the military service.

4. This statement is true and is signed under penalty of perjury.

Dated: January 16, 2013

Respectfully submitted,
**Timothy J. McIlwain Attorney at Law**
**Christian S. Molnar Law Corporation**

/s/ Timothy J. McIlwain_____
Timothy J. McIlwain
Christian S. Molnar, Esq.,
attorneys for Plaintiffs ASTERO, LLC, a New Jersey Limited Liability Company, and ANDREA K. TANTAROS, an individual

## PROOF OF SERVICE

I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, District of New Jersey, using the electronic case filing system of the court.

I hereby certify that on January 16, 2014, I caused:

**APPLICATION OF PLAINTIFFS ASTERO, LLC, A NEW JERSEY LIMITED LIABILITY COMPANY, AND ANDREA K. TANTAROS, AN INDIVIDUAL, FOR CLERK'S ENTRY OF DEFAULT AGAINST DEFENDANTS TALK RADIO NETWORK ENTERTAINMENT, INC., AN OREGON CORPORATION, AND MARK MASTERS, AN INDIVIDUAL, IN ACCORDANCE WITH FED.R.CIV.P. 55(a)**

to be served by first class mail on:

| Defendant TALK RADIO NETWORK, INC., an Oregon Corporation<br>225 NE Hillcrest Drive<br>Grants Pass, OR 97526 | Defendant MARK MASTERS, an individual<br>225 Hillcrest Drive<br>Grants Pass, OR 97526 |
|---|---|

☒ **FEDERAL:** I declare, under penalty of perjury under the laws of the United States that the foregoing is true and that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

Executed on January 16, 2014, in Los Angeles, California.

/s/ Christina P. Farno
Christina P. Farno