Athan Tsimpedes
TSIMPEDES LAW FIRM
1920 N Street, NW
Suite 300
Washington, DC  20036
(202) 464-9910
Fax (202) 747-2947
*Counsel for Defendants TALK RADIO NETWORK ENTERTAINMENT, INC. and MARK MASTERS*

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **ASTERO, LLC,** *et al.*, | ) Case No. 1:13-cv-06005-NLH-JS |
| Plaintiffs, | ) |
| | ) **NOTICE OF MOTION** |
| | ) **TO VACATE** |
| v. | ) **ENTRY OF DEFAULT** |
| **TALK RADIO NETWORK ENTERTAINMENT, INC.,** *et al.*, | ) |
| Defendants. | ) |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

**PLEASE TAKE NOTICE** that on March 17, 2014, or as soon thereafter as the Court desires, Defendants TALK RADIO NETWORK ENTERTAINMENT, INC. and MARK MASTERS shall move before the Honorable Joel Schneider, United States District Judge, sitting in the United States District Court for the District of New Jersey in Newark, New Jersey, for an order vacating the entry of default against Defendants in this action.

**PLEASE TAKE FURTHER NOTICE** that, in support of the motion, Defendants shall rely on the Brief in Support submitted simultaneously herewith. A

proposed Order has been herewith submitted.

Dated: 2/19/14               Respectfully submitted,
                             **TSIMPEDES LAW FIRM**


                             */s/ Athan T. Tsimpedes*
                             _____
                             Athan T. Tsimpedes
                             1920 N Street, NW, Suite 300
                             Washington, D.C.  20036
                             202) 464-9910
                             Fax (202) 747-2947
                             *Counsel for Defendants TALK RADIO NETWORK
                             ENTERTAINMENT, INC. and MARK MASTERS*


## CERTIFICATE OF SERVICE

I hereby certify that on the 19th day of February, 2014, I filed electronically the foregoing notice of motion, together with the motion to vacate and brief in support using the Court's CM/ECF system, which will send an electronic notification of filing to all counsel of record who have obtained CM/ECF passwords.

                             */s/ Athan T. Tsimpedes*
                             _____
                             Athan T. Tsimpedes