Athan Tsimpedes
TSIMPEDES LAW FIRM
1920 N Street, NW
Suite 300
Washington, DC  20036
(202) 464-9910
Fax (202) 747-2947
*Counsel for Defendants TALK RADIO NETWORK ENTERTAINMENT, INC. and MARK MASTERS*

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **ASTERO, LLC,** *et al.*, | ) Case No. 1:13-cv-06005-NLH-JS |
| Plaintiffs, | ) |
| v. | ) **MOTION TO VACATE** <br> ) **ENTRY OF DEFAULT** |
| **TALK RADIO NETWORK ENTERTAINMENT, INC.,** *et al.*, | ) |
| Defendants. | ) |

COME NOW, Defendants TALK RADIO NETWORK ENTERTAINMENT, INC. and MARK MASTERS, through counsel and pursuant to Rule 55(c) of the Federal Rules of Civil Procedure, and moves the Court to vacate the entry of default of January 21, 2014.

As shown more fully in the attached Brief in Support: (i) the defendants were not culpable for failing to answer and defend since they were improperly served and lacked notice of service of the Amended Complaint; (2) a meritorious defense exists against the Amended Complaint in that all allegations raised therein are subject to mandatory mediation and arbitration under the provisions of the parties contract; and (3) the plaintiffs are not prejudiced by allowing the defendants to respond to the Amended Complaint by moving to stay in favor of arbitration.

WHEREFORE, TRN and Masters pray this Court to vacate the entry of default.

Dated: 2/19/14                                                            Respectfully submitted,


*/s/Athan Tsimpedes*

_____
Athan Tsimpedes
TSIMPEDES LAW FIRM
1920 N Street, NW
Suite 300
Washington, DC  20036
(202) 464-9910
Fax (202) 747-2947
*Counsel for Defendants TALK RADIO NETWORK     ENTERTAINMENT, INC. and MARK MASTERS*

2