# EXHIBIT B
# DECLARATION OF MARK MASTERS

Attorneys for Defendants TALK RADIO NETWORK ENTERTAINMENT, INC., an Oregon corporation and MARK MASTERS, an individual

THE UNITED STATES DISTRICT COURT,
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ASTERO, LLC, a New Jersey limited liability company; ANDREA K. Tantaros, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>TALK RADIO NETWORK ENTERTAINMENT, INC., an Oregon corporation, MARK MASTERS, an individual, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 1:13-cv-06005-NLH-JS<br><br>DECLARATION OF MARK MASTERS IN SUPPORT OF MOTION TO VACATE DEFAULT |

I, MARK MASTERS, hereby declare that:

1. I am an adult individual who resides in Grants Pass, Oregon.

2. I am making the factual statements in this declaration from my own knowledge and can testify competently to these facts from my personal knowledge if called upon to do so.

3. I am the President and Chief Executive Officer of defendant TALK RADIO NETWORK ENTERTAINMENT, INC.

4. I had no idea whatsoever that there had been any claimed service of process in this case until early February, when I opened mail for me which accumulated while I was away on an extended business trip.

5. No one served me personally with any papers in this action, and, as a result, I have no personal knowledge of any particulars of any such service.

DECLARATION OF MARK MASTERS IN SUPPORT OF MOTION TO VACATE DEFAULT

1

6. Erin Terry has no authority whatsoever to accept service of process for me personally or for TALK RADIO NETWORK ENTERTAINMENT, INC. I am the only person who is authorized to accept service of process on behalf of me, in my individual capacity. The only persons who are authorized to accept service of process on behalf of TALK RADIO NETWORK ENTERTAINMENT, INC. are myself, in my capacity as its President and Chief Executive Officer, and Ronald H. Severaid, in his capacity as its Executive Vice President and Secretary.

7. Erin Terry is not a "BOSS" or a "PERSON IN CHARGE" for TALK RADIO NETWORK ENTERTAINMENT, INC., or at all within the office premises located at 225 N.E. Hillcrest Drive, Grants Pass, Oregon.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration is created on the 11TH day of February, 2014, at Grants Pass, Oregon.

_____
MARK MASTERS

**DECLARATION OF MARK MASTERS IN SUPPORT OF MOTION TO VACATE DEFAULT**

2