Athan Tsimpedes
TSIMPEDES LAW FIRM
1920 N Street, NW
Suite 300
Washington, DC  20036
(202) 464-9910
Fax (202) 747-2947
*Counsel for Defendants TALK RADIO NETWORK ENTERTAINMENT, INC. and*
 *MARK MASTERS*

## THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **ASTERO, LLC,** *et al.*, | ) Case No. 1:13-cv-06005-NLH-JS |
| | ) |
| Plaintiffs, | ) |
| | ) **[PROPOSED] ORDER GRANTING** |
| | ) **DEFENDANTS' MOTION TO** |
| **v.** | ) **VACATE ENTRY OF DEFAULT** |
| | ) |
| **TALK RADIO NETWORK** | ) |
| **ENTERTAINMENT, INC.,** *et al.*, | ) |
| | ) |
| Defendants. | ) |
| | ) |

**THIS MATTER,** having been opened to the Court, through counsel, by Motion of Defendants Talk Radio Network Entertainment, Inc. and Mark Masters to Vacate the Entry of Default of January 21, 2014, and in consideration of Defendants' Brief in Support, the Opposition thereto, and the record herein,

**IT IS**, on this _____ day of _____, 2014,

**ORDERED,** that Defendants' Motion to Vacate the Entry of Default is vacated. Defendants shall respond to Plaintiffs' Amended Complaint no later than ten (10) days

from entry of this Order.

_____
Hon. Joel Schneider
United States District Judge