TIMOTHY J. McILWAIN
ATTORNEY AT LAW, LLC
Attorney@McIlwainLaw.com
89 River Street #1538
Hoboken, New Jersey 07030
Tel: (877) 375-9599
Fax: (609) 450-7017

CHRISTIAN S. MOLNAR, ESQ. (CA State Bar No. 177665)
christian@christiansmolnarlaw.com
*(Pro Hac Vice)*
12400 Wilshire Boulevard, Suite 1180
Los Angeles, California 90025
Tel: (310) 820-9900
Fax: (310) 919-1950

Attorneys for Plaintiffs ASTERO, LLC, a New Jersey limited liability company, and ANDREA K. TANTAROS, an individual

## THE UNITED STATES DISTRICT COURT,

## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ASTERO, LLC, a New Jersey limited liability company; ANDREA K. TANTAROS, an individual,<br><br>        Plaintiffs,<br><br>        vs.<br><br>TALK RADIO NETWORK ENTERTAINMENT, INC., an Oregon corporation, MARK MASTERS, an individual, and Does 1 through 10, inclusive,<br><br>        Defendants. | **Case No.:  1:13-cv-06005-NLH-JS**<br><br>**STIPULATION OF ALL PARTIES TO ALLOW PLAINTIFFS ASTERO, LLC AND ANDREA TANTAROS TO FILE SUR-REPLY TO DEFENDANTS TALK RADIO NETWORK ENTERTAINMENT LLC AND MARK MASTERS' REPLY TO PLAINTIFFS' OPPOSITION TO MOTION TO SET ASIDE DEFAULT** |

---

1

**STIPULATION OF ALL PARTIES TO ALLOW PLAINTIFFS ASTERO, LLC AND ANDREA TANTAROS TO FILE SUR-REPLY**

**TO THE HONORABLE JOEL SCHNEIDER, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Defendant TALK RADIO NETWORK ENTERTAINMENT, INC., an Oregon corporation, (hereinafter referred to as "Defendant TALK RADIO,") and Defendant MARK MASTERS, an individual, (hereinafter "Defendant MASTERS,") on the one hand, and Plaintiff ASTERO LLC, a New Jersey limited liability company (hereinafter "Plaintiff ASTERO,") and Plaintiff ANDREA TANTAROS, an individual (hereinafter "Plaintiff TANTAROS,") on the other hand, by and through their counsel of record, do hereby stipulate as follows:

1.      Defendants TALK RADIO and MASTERS filed their Motion to Set Aside Default in this case on February 20, 2014 (hereinafter "Defendants' Motion") [Docket Number 17.]

2.      Plaintiffs ASTERO and TANTAROS filed their Opposition to Defendants' Motion on March 3, 2014 (hereinafter "Plaintiffs' Opposition") [Docket Number 19.]

3.      Defendants filed a Reply to Plaintiffs' Opposition on March 10, 2014 (hereinafter "Defendants' Reply") [Docket Number 20.]

4.      After meeting and conferring as to the need of Plaintiffs to file a sur-reply to Defendants' Reply, all parties, by and through their attorneys of record, stipulate and agree that Plaintiffs, subject to the courts' approval, may file a sur-reply to Defendants' Reply, and an application for leave of court to file that sur-reply on an *ex parte* basis, to address what Plaintiffs' perceive to be new legal and factual arguments made by Defendants for the first time on Reply.

---

**2**

**STIPULATION OF ALL PARTIES TO ALLOW PLAINTIFFS ASTERO, LLC AND ANDREA TANTAROS TO FILE SUR-REPLY**

1   Dated: April 11, 2014                    **TIMOTHY J. McILWAIN**

2

3                                            /s/Timothy J. McIlwain_____
                                             Timothy J. McIlwain, Esq.,
4                                            Christian S. Molnar, Esq.,
                                             Attorneys for Plaintiffs ASTERO, LLC, a
5                                            New Jersey limited liability company and
6                                            ANDREA TANTAROS, an individual

7

8   Dated: April 11, 2014                    **Law Offices of Athan Tsimpedes**

9

10                                           /s/ Athan Tsimpedes_____
                                             Athan Tsimpedes, Esq.,
11                                           Attorneys for Defendant TALK RADIO
12                                           NETWORK ENTERTAINMENT, INC.,
                                             an Oregon corporation, and MARK
13                                           MASTERS, an individual

14

15

16

17

18

19

20

21

22

23

24

25

26

27

                                    3
28  **STIPULATION OF ALL PARTIES TO ALLOW PLAINTIFFS ASTERO, LLC**
    **AND ANDREA TANTAROS TO FILE SUR-REPLY**

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## [PROPOSED] ORDER

All parties having stipulated to allow  Plaintiffs ASTERO, LLC, a New Jersey limited liability company and ANDREA TANTAROS, an individual, to file a sur-reply to Defendants' reply to Plaintiffs' Opposition to Motion to Set Aside Default, **it is hereby ORDERED, ADJUDGED AND DECREED** that Plaintiffs have leave to file their Sur-Reply.  The deadline for filing said Sur-Reply shall be April _____, 2014.

Dated: _____                    _____

Honorable Joel Schneider
United States District Court Judge

---

**4**

**STIPULATION OF ALL PARTIES TO ALLOW PLAINTIFFS ASTERO, LLC
AND ANDREA TANTAROS TO FILE SUR-REPLY**

1

## <u>CERTIFICATE OF SERVICE</u>

2

I electronically filed the foregoing document with the clerk of the court for the

3

U.S. District Court, District of New Jersey, using the electronic case filing system of

4

the court.

5

I hereby certify that on April 11, 2014, I caused:

6

**STIPULATION OF ALL PARTIES TO ALLOW PLAINTIFFS ASTERO, LLC**
**AND ANDREA TANTAROS TO FILE SUR-REPLY TO DEFENDANTS TALK**

7

**RADIO NETWORK ENTERTAINMENT LLC AND MARK MASTERS' REPLY**
**TO PLAINTIFFS' OPPOSITION TO MOTION TO SET ASIDE DEFAULT**

8

9

to be served by first class mail on:

10

*Athan Tsimpedes, Esq.,*
*TSIMPEDES LAW FIRM*

11

*1920 N. Street, NW, Suite 300*
*Washington, D.C. 20036*

12

I declare, under penalty of perjury under the laws of the United States of

13

America that the foregoing is true and that I am employed in the office of a member of

14

the Bar of this court at whose direction the service was made.

15

Executed this 11th day of April, 2014, at Los Angeles, California.

16

17

/s/ Ashley M. Hunt_____

18

Ashley M. Hunt

19

20

21

22

23

24

25

26

27

28

**STIPULATION OF ALL PARTIES TO ALLOW PLAINTIFFS ASTERO, LLC**
**AND ANDREA TANTAROS TO FILE SUR-REPLY**