1 | TIMOTHY J. McILWAIN
2 | ATTORNEY AT LAW, LLC
    Attorney@McIlwainLaw.com
3 | 89 River Street #1538
    Hoboken, New Jersey 07030
4 | Tel: (877) 375-9599
    Fax: (609) 450-7017
5 | CHRISTIAN S. MOLNAR, ESQ. (CA State Bar No. 177665)
    christian@christiansmolnarlaw.com
6 | (Pro Hac Vice)
7 | 12400 Wilshire Boulevard, Suite 1180
    Los Angeles, California 90025
8 | Tel: (310) 820-9900
    Fax: (310) 919-1950

Attorneys for Plaintiffs ASTERO, LLC, a New Jersey limited liability company, and ANDREA K. TANTAROS, an individual

# THE UNITED STATES DISTRICT COURT,
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ASTERO, LLC, a New Jersey limited liability company; ANDREA K. TANTAROS, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>TALK RADIO NETWORK ENTERTAINMENT, INC., an Oregon corporation, MARK MASTERS, an individual, and Does 1 through 10, inclusive,<br><br>Defendants. | Case No.: 1:13-cv-06005-NLH-JS<br><br>STIPULATION OF ALL PARTIES TO ALLOW PLAINTIFFS ASTERO, LLC AND ANDREA TANTAROS TO FILE SUR-REPLY TO DEFENDANTS TALK RADIO NETWORK ENTERTAINMENT LLC AND MARK MASTERS' REPLY TO PLAINTIFFS' OPPOSITION TO MOTION TO SET ASIDE DEFAULT w/<br>&  ORDER |

1

**STIPULATION OF ALL PARTIES TO ALLOW PLAINTIFFS ASTERO, LLC AND ANDREA TANTAROS TO FILE SUR-REPLY**

1  **TO THE HONORABLE JOEL SCHNEIDER, ALL PARTIES AND THEIR
2  ATTORNEYS OF RECORD:**

3  **PLEASE TAKE NOTICE** that Defendant TALK RADIO NETWORK
4  ENTERTAINMENT, INC., an Oregon corporation, (hereinafter referred to as
5  "Defendant TALK RADIO,") and Defendant MARK MASTERS, an individual,
6  (hereinafter "Defendant MASTERS,") on the one hand, and Plaintiff ASTERO LLC, a
7  New Jersey limited liability company (hereinafter "Plaintiff ASTERO,") and Plaintiff
8  ANDREA TANTAROS, an individual (hereinafter "Plaintiff TANTAROS,") on the
9  other hand, by and through their counsel of record, do hereby stipulate as follows:

10  1.  Defendants TALK RADIO and MASTERS filed their Motion to Set Aside
11  Default in this case on February 20, 2014 (hereinafter "Defendants' Motion") [Docket
12  Number 17.]

13  2.  Plaintiffs ASTERO and TANTAROS filed their Opposition to
14  Defendants' Motion on March 3, 2014 (hereinafter "Plaintiffs' Opposition") [Docket
15  Number 19.]

16  3.  Defendants filed a Reply to Plaintiffs' Opposition on March 10, 2014
17  (hereinafter "Defendants' Reply") [Docket Number 20.]

18  4.  After meeting and conferring as to the need of Plaintiffs to file a sur-reply
19  to Defendants' Reply, all parties, by and through their attorneys of record, stipulate and
20  agree that Plaintiffs, subject to the courts' approval, may file a sur-reply to Defendants'
21  Reply, and an application for leave of court to file that sur-reply on an *ex parte* basis, to
22  address what Plaintiffs' perceive to be new legal and factual arguments made by
23  Defendants for the first time on Reply.

24
25
26
27

28  **STIPULATION OF ALL PARTIES TO ALLOW PLAINTIFFS ASTERO, LLC
AND ANDREA TANTAROS TO FILE SUR-REPLY**

Dated: April 11, 2014          **TIMOTHY J. McILWAIN**

/s/Timothy J. McIlwain
Timothy J. McIlwain, Esq.,
Christian S. Molnar, Esq.,
Attorneys for Plaintiffs ASTERO, LLC, a New Jersey limited liability company and ANDREA TANTAROS, an individual

Dated: April 11, 2014          **Law Offices of Athan Tsimpedes**

/s/ Athan Tsimpedes
Athan Tsimpedes, Esq.,
Attorneys for Defendant TALK RADIO NETWORK ENTERTAINMENT, INC., an Oregon corporation, and MARK MASTERS, an individual

3

**STIPULATION OF ALL PARTIES TO ALLOW PLAINTIFFS ASTERO, LLC AND ANDREA TANTAROS TO FILE SUR-REPLY**

1  **[PROPOSED] ORDER**

2    All parties having stipulated to allow Plaintiffs ASTERO, LLC, a New Jersey
3  limited liability company and ANDREA TANTAROS, an individual, to file a sur-
4  reply to Defendants' reply to Plaintiffs' Opposition to Motion to Set Aside Default,
5  **it is hereby ORDERED, ADJUDGED AND DECREED** that Plaintiffs have leave to
6  file their Sur-Reply. The deadline for filing said Sur-Reply shall be April 21, 2014.

9  Dated: April 14, 2014

   _____
   Honorable Joel Schneider
   United States District Court Judge
   Magistrate JP

---

4

**STIPULATION OF ALL PARTIES TO ALLOW PLAINTIFFS ASTERO, LLC
AND ANDREA TANTAROS TO FILE SUR-REPLY**