Athan Tsimpedes
TSIMPEDES LAW FIRM
1920 N Street, NW
Suite 300
Washington, DC  20036
(202) 464-9910
Fax (202) 747-2947

John M. Shoreman (DC Bar No. 407626)
(*pro hac vice* Application Pending)
McFADDEN & SHOREMAN
1050 Connecticut Avenue, NW, Suite 1000
Washington, DC  20036
(202) 772-3188
Fax 204-8610
*Counsel for Defendants TALK RADIO NETWORK ENTERTAINMENT, INC. and
MARK MASTERS*

**THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **ASTERO, LLC,** *et al.*, | ) Case No. 1:13-cv-06005-NLH-JS |
| | ) |
| Plaintiffs, | ) **NOTICE OF MOTION TO** |
| | ) **COMPEL ARBITRATION** |
| | ) **AND STAY LITIGATION** |
| **v.** | ) |
| | ) |
| **TALK RADIO NETWORK** | ) |
| **ENTERTAINMENT, INC.,** *et al.*, | ) **MOTION DATE: MAY 19, 2014** |
| | ) |
| Defendants. | ) |
| | ) |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on May 19, 2014, or as soon thereafter as

movants may be heard, Defendants TALK RADIO NETWORK ENTERTAINMENT,

INC. and MARK MASTERS, shall move the Court for an Order staying this case as to all

parties in favor arbitration. Movants shall rely on the attached Motion to Compel

Arbitration and Stay Litigation and the Defendants' Brief in Support.

Dated: 4/14/14                        Respectfully submitted,
                                     **TSIMPEDES LAW FIRM**


                                     */s/ Athan T. Tsimpedes*
                                     _____
                                     Athan T. Tsimpedes
                                     1920 N Street, NW, Suite 300
                                     Washington, D.C.  20036
                                     202) 464-9910
                                     Fax (202) 747-2947
                                     *Counsel for Defendants TALK RADIO NETWORK*
                                     *ENTERTAINMENT, INC. and MARK MASTERS*


                         <u>**CERTIFICATE OF SERVICE**</u>

    I hereby certify that on the 14th day of April, 2014, I filed electronically the

foregoing Notice of Motion, together with Defendants' Motion to Compel Arbitration

and Stay Litigation and Brief in Support, using the Court's CM/ECF system, which will

send an electronic notification of filing to all counsel of record who have obtained

CM/ECF passwords.


                                     */s/ Athan T. Tsimpedes*
                                     _____
                                     Athan T. Tsimpedes