Athan Tsimpedes
TSIMPEDES LAW FIRM
1920 N Street, NW
Suite 300
Washington, DC  20036
(202) 464-9910
Fax (202) 747-2947

John M. Shoreman (DC Bar No. 407626)
(*pro hac vice* Application Pending)
McFADDEN & SHOREMAN
1050 Connecticut Avenue, NW, Suite 1000
Washington, DC  20036
(202) 772-3188
Fax 204-8610
*Counsel for Defendants TALK RADIO NETWORK ENTERTAINMENT, INC. and MARK MASTERS*

### THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| **ASTERO, LLC,** *et al.*, | ) | Case No. 1:13-cv-06005-NLH-JS |
| | ) | |
| Plaintiffs, | ) | **DEFENDANTS' MOTION TO** |
| | ) | **COMPEL ARBITRATION** |
| | ) | **AND STAY LITIGATION** |
| v. | ) | |
| | ) | |
| **TALK RADIO NETWORK** | ) | |
| **ENTERTAINMENT, INC.,** *et al.*, | ) | MOTION DATE: MAY 19, 2014 |
| | ) | |
| Defendants. | ) | |

**COME NOW,** Defendants TALK RADIO NETWORK ENTERTAINMENT, INC. and MARK MASTERS, through counsel, and move the Court for an Order staying this case as to all parties in favor arbitration.

As set forth more fully in the attached Brief in Support, good cause exists to stay litigation as to all parties in favor of arbitration.

**WHEREFORE**, Defendants request the Court to stay this case in favor of arbitration.

Dated: 4/14/14

Respectfully submitted,
**TSIMPEDES LAW FIRM**

*/s/ Athan T. Tsimpedes*
_____
Athan T. Tsimpedes
1920 N Street, NW, Suite 300
Washington, D.C.  20036
202) 464-9910
Fax (202) 747-2947
*Counsel for Defendants TALK RADIO NETWORK ENTERTAINMENT, INC. and MARK MASTERS*