Athan Tsimpedes
TSIMPEDES LAW FIRM
1920 N Street, NW
Suite 300
Washington, DC  20036
(202) 464-9910
Fax (202) 747-2947

John M. Shoreman (DC Bar No. 407626)
(*pro hac vice* Application Pending)
McFADDEN & SHOREMAN
1050 Connecticut Avenue, NW, Suite 1000
Washington, DC  20036
(202) 772-3188
Fax 204-8610

*Counsel for Defendants TALK RADIO NETWORK ENTERTAINMENT, INC. and
  MARK MASTERS*

# THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| **ASTERO, LLC,** *et al.*, | ) | Case No. 1:13-cv-06005-NLH-JS |
| | ) | |
| Plaintiffs, | ) | **[PROPOSED] ORDER GRANTING** |
| | ) | **MOTION TO STAY IN FAVOR** |
| **v.** | ) | **OF ARBITRATION** |
| | ) | |
| **TALK RADIO NETWORK** | ) | |
| **ENTERTAINMENT, INC.,** *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

**THIS MATTER,** having been opened to the Court by Athan T. Tsimpedes, counsel for Defendants, TALK RADIO NETWORK ENTERTAINMENT, INC. and MARK MASTERS, and the Court having considered Defendants' Brief in Support of Motion to Compel and Stay Litigation, the Opposition thereto, and the record herein,

**IT IS,** on this _____ day of _____, 2014,

**ORDERED,** that the Motion is **GRANTED**. This matter is stayed as to all parties in favor of arbitration.

_____
The Honorable Joel Schneider