

January 24, 2014

**VIA EMAIL, TELEFAX AND FEDERAL EXPRESS**

Astero, LLC
2020 New Road
Linwood, NJ 08221
atantaros@gmail.com

Business Law Professional Corporation
9300 Wilshire Blvd., Suite 508
Los Angeles, CA 90212
jcane@businesslpc.com

Re: Meet and Confer Demand

To: Astero, LLC and Andrea K. Tantaros:

Astero, LLC ("**Astero**") and Andrea K. Tantaros ("**Tantaros**") continue to be in breach of their obligations under that certain Host Agreement, dated as of December 13, 2012, by and between Talk Radio Network Entertainment, Inc. and Astero (the "**Agreement**"), for the services of Tantaros, and that certain Inducement Letter and Guaranty from Tantaros to Talk Radio Network Entertainment, Inc., dated December 13, 2012 (the "**Inducement and Guaranty**"), which was agreed to and accepted by Talk Radio Network Entertainment, Inc. ("**TRN-E**"), and appear to be intransigent in their refusal to comply with their obligations thereunder.

Accordingly, TRN-E hereby formally invokes the dispute resolution provisions set forth in Paragraph 24 of the Agreement, and, as you are aware, pursuant to subparagraph 24.A of the Agreement, "[t]he parties shall endeavor in good faith to meet and confer with each other on a confidential basis in an effort to resolve any such dispute or disputes." By this letter, TRN-E demands that Astero and Tantaros contact TRN-E immediately, either directly or through counsel as you prefer, to make the necessary arrangements to meet and confer, on a confidential basis and in good faith, as promptly as is realistically possible, with respect to all issues and disputes asserted by any party under or with respect to the Agreement and/or the Inducement and Guaranty.

TRN-E recognizes that good faith coordination of schedules may require a reasonable but limited period of time for the actual meet and confer session to occur, but does respectfully submit that Astero and Tantaros (directly or through counsel) should be able to contact TRN-E (directly or through counsel), prior to 5:00 p.m., Pacific Time, on Monday, January 27, 2013, to confirm that commitment of Astero and Tantaros to meet and confer, confidentially and in good faith, in a timely manner, and to discuss in good faith the timely scheduling of the meet and confer session.

Astero, LLC  Page 2
January 24, 2014

TRN-E will look forward to hearing from you promptly in this regard.

Respectfully,

TALK RADIO NETWORK
ENTERTAINMENT, INC.

By _____
Ronald H. Severaid
Executive Vice President

cc: John M. Shoreman, Esq.
Timothy J. McIlwain, Esq.
Joseph C. Cane, Jr., Esq.
Christian S. Molnar, Esq.
Andrea K. Tantaros