TIMOTHY J. McILWAIN
ATTORNEY AT LAW, LLC
Attorney@McIlwainLaw.com
89 River Street #1538
Hoboken, New Jersey 07030
Tel: (877) 375-9599
Fax: (609) 450-7017

CHRISTIAN S. MOLNAR, ESQ. (CA State Bar No. 177665)
christian@christiansmolnarlaw.com
*(Pro Hac Vice)*
12400 Wilshire Boulevard, Suite 1180
Los Angeles, California 90025
Tel: (310) 820-9900
Fax: (310) 919-1950

Attorneys for Plaintiffs ASTERO, LLC, a New Jersey limited liability company, and ANDREA K. TANTAROS, an individual

# THE UNITED STATES DISTRICT COURT,

## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ASTERO, LLC,  a New Jersey limited liability company; ANDREA K. TANTAROS, an individual, <br><br> Plaintiffs, <br><br> vs. <br><br> TALK RADIO NETWORK ENTERTAINMENT, INC., an Oregon corporation, MARK MASTERS, an individual, and Does 1 through 10, inclusive, <br><br> Defendants. | Case No.:  1:13-cv-06005-NLH-JS <br><br> **DECLARATION OF PLAINTIFF ANDREA TANTAROS IN SUPPORT OF PLAINTIFFS ASTERO AND ANDREA TANTAORS' SUR-REPLY** |

**DECLARATION OF PLAINTIFF ANDREA TANTAROS**

## DECLARATION OF PLAINTIFF ANDREA TANTAROS

I, Andrea Tantaros, declare:

1.      I am a Plaintiff in the case of Astero, LLC, *etc., et al.* vs. Talk Radio Network Entertainment, *etc., et al.,* Case Number 1:13-cv-06005-NKH-JS, in both my individual capacity, and as the managing member of Plaintiff ASTERO, LLC, a New Jersey limited liability company.

2.      This declaration is being offered in support of "Plaintiffs' ASTERO and ANDREA TANTAROS' Sur-Reply." I have personal knowledge of the matters set forth in this Declaration and, if called as a witness, I could and would testify competently as to the matters stated below.

3.      In or around the fall of 2012, I was approached by Defendant MARK MASTERS, an individual ("Defendant MASTERS,") the CEO of Defendant TALK RADIO NETWORK ENTERTAINMENT, LLC, an Oregon limited liability company ("Defendant TALK RADIO,") regarding recruiting me to host a morning radio show during prime-time morning hours for Defendant TALK RADIO.

4.      During the course of recruiting me to Defendant TALK RADIO, Defendant MASTERS made material misrepresentations and material omissions of fact to me regarding Defendant TALK RADIO's ability to fund and support a national syndication caliber talk show, including representing to me that Defendant TALK RADIO was very well capitalized, that Defendant TALK RADIO had solid and strong existing relationships with its syndicators, and that Defendant TALK RADIO would be able to fund a national syndication quality show.

5.      Based in large part on Defendant MASTERS' representations, my loan out company, ASTERO, LLC, a New Jersey limited liability company ("Plaintiff ASTERO,") entered into a "HOST AGREEMENT" ("Host Agreement") whereby I would serve as host on a nationally syndicated radio talk show for Defendant TALK RADIO, and Plaintiff ASTERO would receive a base salary in addition to "back-end"

**DECLARATION OF PLAINTIFF ANDREA TANTAROS**

contingent compensation based on the net revenues and "user fees" generated by the show.

6.      Unbeknownst to me, Defendant TALK RADIO was, at the time they were negotiating with me regarding the Host Agreement, involved in a complex litigation with Dial Global, Inc., a large international advertising syndication conglomerate which I am informed and believe controls over 90% of the talk radio syndication market, regarding Dial Global, Inc's failure to pay advertising revenues to Defendant TALK RADIO.

7.      I was later informed by Defendant MASTERS that Dial Global, Inc., had not paid any revenues to Defendant TALK RADIO for more than a year, which period covered and included the time I was induced to enter into the Host Agreement.

8.      Had I known, at the time I entered into the Host Agreement, that Defendant TALK RADIO had not been paid by Dial Global, Inc., the largest talk radio advertising syndicate in the United States, and that Defendant TALK RADIO was currently involved in litigation relating to Dial Global Inc's non-payment, I would have never entered into the Host Agreement.

9.      In or about late August 2013, most of Defenadnt TALK RADIO's advertising sales team and affiliate relationship representatives associated with my show were either laid off by Defendant TALK RADIO, or quit due to lack of payment from their employer, Defendant TALK RADIO. Defendant TALK RADIO also laid off the show's producer and its guest booker, which actions immediately and negatively impacted the quality of my show, and Defendant TALK RADIO's ability to brand, market, and advertise my show, or obtain advertising revenue for the same. Additionally, the marked and noticeable drop in both the quality of the production of my show and its content damaged by brand, my reputation, and the marketability of the show.

10.      In September and October 2013, I caused my attorney, Joe Cane, Jr. Esq., to send correspondence, on my behalf, to Defendant TALK RADIO, outlining the

**DECLARATION OF PLAINTIFF ANDREA TANTAROS**

1   numerous material breaches of the Host Agreement by Defendant TALK RADIO, and

2   demanding their immediate cure.  True and correct copies of Mr. Cane's

3   correspondence to Defendant TALK RADIO are collectively attached hereto as

4   **"Exhibit A,"** and incorporated herein by reference as if fully set forth.  Unfortunately,

5   Defendant TALK RADIO failed to cure most of the defaults.  Resultantly, I filed this

6   current action on October 8, 2013.  A first amended complaint was filed on my behalf

7   on October 21, 2014.

8         11.    Since at least October, 2013, Defendant TALK RADIO has made

9   statements to the press denying the validity of my claims, and declaring my case to be a

10  "smokescreen" so that I could avoid my contractual obligations to Defendants in order

11  to go to work for a competitor of theirs.  A true and correct copy of one, representative,

12  news report is attached hereto as **Exhibit "B,"** and incorporated herein by reference as

13  if fully set forth.  Such statements are untrue.  To date, I have still not discussed

14  employment possibilities with any other talk radio companies, and did not file this

15  lawsuit in order to go to work for a competitor of Defendant TALK RADIO.

16        12.    During the course of my employment with Defendant TALK RADIO

17  NETWORK ENTERTAINMENT INC., an Oregon corporation (hereinafter "Defendant

18  TALK RADIO,)" I had the occasion to correspond frequently with the office of

19  Defendant MARK MASTERS, an individual (hereinafter "Defendant MASTERS,")

20  who is the chief executive officer ("CEO") of Defendant TALK RADIO.  Frequently, I

21  did not communicate with Defendant MASTERS directly, but with and through his

22  personal, executive assistant, Ms. Erin Terry.  Additionally, Defendant MASTERS

23  would frequently contact me only through his personal, executive assistant, Ms. Terry.

24  Ms Terry and Defendant MASTERS always represented to me that Ms. Erin Terry was

25  employed by Defendant TALK RADIO to work exclusively for Defendant MASTERS

26  as his executive assistant, and that Ms. Erin Terry was authorized to communicate on

27  his behalf and on behalf of Defendant TALK RADIO with me, and presumably with

28  other persons, and further, that I would be able to communicate with Defendant

---

**4**

**DECLARATION OF PLAINTIFF ANDREA TANTAROS**

MASTERS by and through Ms. Terry, his executive assistant.

13.     Attached hereto as **Exhibit "C,"** collectively, are true and correct copies of two (2) representative emails I received from Ms. Terry, clearly indicating her title as "Executive Assistant to CEO" [Defendant MASTERS.]  Such emails are typical of the many I have received from Ms. Terry, all of which contain the same representations as to her title at Defendant TALK RADIO.  The first email was sent by Ms. Terry, in her capacity as "Executive Assistant to CEO" Defendant MARK MASTERS, and was sent on behalf of Defendant MASTERS, to myself on or about August 19, 2013, at 9:22 a.m., and was actually received by me on or about that time and date, and requests my presence at a dinner with Defendant MASTERS.  The second email was sent by Ms. Terry, in her capacity as "Executive Assistant to CEO" Defendant MARK MASTERS, and was sent on behalf of Defendant MASTERS, to my personal assistant Christopher Coffey, on or about August 19, 2013, at 7:53 p.m., and was shortly thereafter forwarded to me, by Mr. Coffey, and actually received by me subsequent thereto, on or about that time and date.

14.     Attached hereto as **Exhibit "D"** is a true and correct copy of Ms. Erin Terry's "LinkedIn" profile homepage, which additionally represents that she is, currently, the "Personal Executive Assistant to CEO at Talk Radio Network," which was downloaded from www.linkedin.com, at my direction, on the afternoon of April 9, 2014.

I declare under penalty of perjury of the laws of the State of New Jersey that the foregoing is true and correct.

Executed on this 21th day of April, 2014, at Hoboken, New Jersey.


 _/s/Andrea Tantaros_____
Andrea Tantaros

**5**

**DECLARATION OF PLAINTIFF ANDREA TANTAROS**

# Exhibit "A"

# BUSINESS LAW PROFESSIONAL CORPORATION

9300 Wilshire Boulevard, Suite 550
Beverly Hills, California 90212
Telephone (310) 470-8855
Fax (310) 919-1950

**Direct Dial:** Joseph C. Cane, Jr.
(310) 470-8855 x. 205

**Email:** jcane@businesslpc.com

September 13, 2013

<u>VIA E-MAIL AND U.S. MAIL</u>

Ron Severaid, Esq.
Executive Vice President & General Counsel
Talk Radio Network Entertainment, Inc.
225 N.E. Hillcrest Drive
Grand Pass, Oregon 97526

Re:    <u>Andrea Tantaros Host Agreement</u>

Dear Ron:

I am sending this letter to you in follow-up to the events that have affected my client, Ms. Andrea Tantaros ("Andrea" or "my client"), and have been reported in the media over the past week concerning Talk Radio Network Entertainment, Inc. ("TRN") and the conversations we have had relating thereto.

As an initial matter, while we are relieved to finally receive payment from TRN after over almost two (2) weeks of uncertainty and conflicting accounts from both you and Mark Masters, many questions remain about the ability of TRN to uphold its contractual obligations contained in the Host Agreement between TRN and my client, dated as of December 13, 2012 (the "Host Agreement").

While Andrea has always been and currently remains committed to fulfilling her contractual obligations and being supportive of Mark Masters and TRN, on a macro level, we are very concerned about TRN's current legal battles and related "war-of-words" being waged in the media, and the sudden and seemingly secretive downsizing and restructuring of the company.

In particular, we are concerned about the overall negative impact that these events have been having on TRN's business generally, and are especially concerned about the future viability of Andrea's radio show (the "Show"). Most importantly, we are deeply concerned that Andrea's marquee and nationally-recognized brand and reputation, are being placed in jeopardy by TRN.

In this regard, while we did not elect to formally notice TRN of the first breach of its payment obligations as a courtesy to Mark Masters, we, nonetheless, still remain concerned about the path TRN is headed down, and its ability to sustain the viability of Andrea's Show. Though the three (3) breaches of TRN's payment obligations to my client have been cured, and we are

appreciative that they have been remedied, among other things, given the current status of TRN's affairs, we are especially concerned that:

(1) TRN does not possess a sales force capable of selling the Show to advertisers (we have heard that Bill Crawford has resigned and most (if not all) of the remaining sales staff have been released), and consequently, due to TRN's conduct in this regard, (a) TRN is in violation of its obligation to nationally-syndicate the Show, facilitate relationships with the Show's affiliates and to advertise and market the Show, as set forth in §§ 4.A, 4.B and 4.J, respectively, of the Host Agreement, and (b) Andrea is effectively being precluded from her ability to achieve revenue participation, as she is entitled to receive pursuant to §5.C of the Host Agreement, based upon the "Net Show Revenue" generated from the Show, which is a fundamental tenet of the deal and one of, if not the most important, reasons Andrea agreed to host the Show;

(2) TRN appears now wholly incapable of being able to conduct business with the largest U.S. syndicator, now that Cumulus has acquired Dial Global, due to TRN's pending litigation with Dial Global, which in turn, necessarily means TRN cannot fulfill its obligations to nationally-syndicate the Show pursuant to §§ 4.A and 4.J of the Host Agreement, and of course, less potential market share for the Show, particularly in the top 25 key U.S. markets;

(3) TRN lacks any digital media strategy or capabilities in light of Eric Richey's termination, and is no longer supporting the full responsibilities of the app for the Show or maintaining the Show's website, which of course, is essential for maintaining interconnectivity with the Show's viewers, particularly, key 18-34 year old listeners, which is a requirement of the Host Agreement as set forth in §4.K therein;

(4) TRN is no longer maintaining an affiliate division, as is required by §4.B of the Host Agreement, thereby making it impossible for Andrea to communicate with her affiliates or to respond to, or fulfill their, requests for ad reads and liners, which certainly will impact such relationships to the detriment of TRN, the Show and her brand and reputation;

(5) TRN's production capabilities are currently, virtually non-existence, and are certainly not commensurate with "National Syndication Quality," as is required pursuant to §4.F of the Host Agreement, so that Andrea is now finding it exceedingly difficult, if not impossible, to host the Show - Specifically, (a) there are no commensurate sound effects due to Matt Fox's resignation due to non-payment of his salary; (b) the Show's executive producer, AJ Rice, whose involvement with the Show was a cornerstone of Andrea's agreeing to host, was also terminated (in violation of §3(h) of the Host Agreement) and has yet to be replaced, forcing Andrea effectively to be producing the Show herself; (c) TRN has not furnished Andrea with guests or research over the past several days, which is certainly damaging to the Show's overall flow and entertainment value (not to mention violative of §4.H of the Host Agreement), and (d) the Show's call screener was fired and replaced by Mark Master's son, who with all due respect, is a nice, young gentlemen, but does not possess the requisite skill-set to fulfill this role on a long-term basis.

While you should consider this letter to constitute formal, written notice from Lender (as defined in the Host Agreement), in accordance with §29 of the Host Agreement, of multiple breaches of the Host Agreement, each as set forth above, which we hope will be remedied forthwith, you should also know that Andrea remains, at present, committed to fulfilling her contractual obligations to TRN, provided: (1) the aforementioned breaches are immediately

rectified and (2) TRN provides Andrea with clear insight into how it intends put both TRN and the Show back on solid-footing, so that no further harm comes to Andrea's brand or reputation.

Further, although TRN made good yesterday on its commitment to pay Andrea the outstanding payments owed to her pursuant to her Host Agreement, totaling $19,416.66 (representing $8,333.33 for her guarantee payment due on 8/31; $8,333.33 for her base salary payment due on 9/5/13; and $2750.00 for her rent-subsidy payment due on 9/5/13), we still remain extremely concerned as to whether or not TRN will be able to continue making such payments and as to whether the issues detailed hereinabove can be rectified in a timely manner in accordance with TRN's contractual obligations.

To this end, you mentioned, during our call yesterday, that you and Mark are working on a restructuring proposal, whereby the Show and its assets would be "contributed" to a new, to-be-formed, limited liability company, which would be sufficiently capitalized in order to ensure that all of the aforementioned concerns and breaches are rectified. We certainly look forward to receiving the details of such plans, in writing, so that we may assess them, bearing in mind, that depending on the nature of the restructuring you are proposing, certain approvals of the Fox News Network, LLC and the Lender may also be required.

Please also recognize that despite our aforementioned concerns, we do, nonetheless, remain interested in sustaining the Show and, hopefully, having it grow even more successful. That being said, while Andrea has been a "trooper" to date, and intends to continue to be reasonably supportive of Mark, TRN, and her affiliates, despite multiple financial, logistical and public relations hurdles, we do not think it is fair, nor do we feel she signed on to perform services for a network that is wholly incapable of providing adequate resources to produce, market and syndicate a high-quality entertainment product, as appears is currently the situation with TRN. While we hope this situation can be immediately reversed, you should also know that we simply cannot, and will not, allow TRN's current problems to cause unwarranted and irreversible, material damage to Andrea's brand and reputation.

We hope you can understand our position; we do truly look forward to hearing from you in a timely, candid and consistent fashion on these fronts and to cooperating to achieve a positive path forward for all involved stakeholders, in the immediate near term.

Nothing contained herein should be interpreted as waiving any of my client's right and remedies, whether in equity, or at law, all of which are hereby expressly reserved.

Best regards,

Joseph C. Cane, Jr.

cc:     Andrea Tantaros
        Timothy J. McIlwain, Esq.

# BUSINESS LAW PROFESSIONAL CORPORATION

9300 Wilshire Boulevard, Suite 550
Beverly Hills, California 90212
Telephone (310) 470-8855
Fax (310) 919-1950

**Direct Dial:** Joseph C. Cane, Jr.
           (310) 470-8855 x. 205

**Email:** jcane@businesslpc.com

October 9, 2013

CONFIDENTIAL COMMUNICATION
VIA E-MAIL AND U.S. MAIL

Ron Severaid, Esq.
Executive Vice President & General Counsel
Talk Radio Network Entertainment, Inc.
225 N.E. Hillcrest Drive
Grand Pass, Oregon 97526

        Re:    Andrea Tantaros

Dear Ron:

This letter comes in follow-up to my letters of September 13th and September 24th, and my e-mails subsequently thereto, none of which have been substantively responded to, in any regard. In particular, TRN has not paid Andrea any Base Fees or Guaranteed Compensation, owed to her in accordance with Sections 5.A and 5.F of her Host Agreement, for more than a month. In fact, the only feed-back we have received from TRN (apart from self-serving comments and pontifications) are e-mails from Jim Watkins, regarding reading copy for an Atlanta affiliate. Interestingly, this matter apparently not initially not to have been properly handled by TRN, and as such, now appears to require Andrea's immediate attention, even though I previously explained her travel commitments and indicated it would be addressed when she returns from Washington, DC.

As you know, on September 20th you sent me an e-mail indicating that you would be circulating a proposal to address the issues between TRN and Andrea and provided an NDA. I advised you that I did not understand why a further NDA was required in this instance, given the existing confidentiality provisions in her Host Agreement and NDA, and requested in a letter of September 24th that prior to prior to discussing any alternatives to her existing Host Agreement, we would like to receive the documents/information listed below, so as to be in a position to make an informed decision.

1. List of station affiliates currently carrying the Show and any other available syndication metrics;
2. List of markets for the Show and any related clearance metrics;

Ron Severaid, Esq.
October 9, 2013

    3.  List of current advertisers for the Show;

    4.  Total Ad Sales for the Show from 1/1/13 to present;

    5.  Total New Show Revenue from 1/1/13 to present;

    6.  Total Cash Compensation received by TRN concerning the Show from 1/1/13 to the present;

    7.  Total Miscellaneous Revenues received by TRN concerning the Show from 1/1/13 to the present;

    8.  Total User Fees received by TRN concerning the Show from 1/1/13 to the present; and

    9.  Copies of all Revenue Reports required to be delivered to Lender on a monthly basis, per Section 6.D of the Host Agreement.

However, none of the foregoing was provided. In fact, rather that attempting to facilitate a resolution of the issues at hand, it simply appears that TRN prefers to do nothing, including not pay its talent. This is indeed unfortunate.

Accordingly, you are hereby notified that that the cure period for the breaches referenced in my letter of September 13th has lapsed, and as a result thereof, we are electing to immediately terminate her Host Agreement, in accordance with Section 18A therein.

Lastly, this correspondence is not intended, and shall not be construed, as a full recitations of all facts concerning the subject matter hereof or in any way be deemed to limit, waive or prejudice any rights or remedies which Astero, LLC or Ms. Tantaros may have at law, in equity or otherwise. Any and all such rights and remedies are expressly reserved.

Very truly yours,

Joseph C. Cane, Jr.

cc:    Andrea Tantaros
       Timothy J. McIlwain, Esq.

# Exhibit "B"



ALL ACCESS MUSIC GROUP
Serving you since 1995
affiliated with MEDIABASE songdish

Home | Formats | Net News | Mediabase | Ratings | Jobs | Forums | Industry Dir | Voiceover | Music | People | Columns | Charts | Log In

Welcome to AllAccess.com, the web's largest radio and music industry community. **Sign up now!**

search by keyword ...    search

Home > Net News > TRN Publicly Replies -- Again -- To ...

## Net News

Comment
Tell us what you think

Follow us
Get news via Twitter

Become a fan
Join us on Facebook

Subscribe
Net News via RSS

# TRN Publicly Replies -- Again -- To Tantaros Suit

October 14, 2013 at 4:45 AM (PT)

1 Comment

**TRN**
Reacts Again

The ANDREA TANTAROS lawsuit against TALK RADIO NETWORK has drawn yet another response from the syndicator, which sent out another statement issued by CEO MARK MASTERS forwarding an email from the company's RON SEVARAID continuing to blame unnamed third parties for prompting TANTAROS' suit and attempting to spirit the show away from TRN.

The statement starts with the allegation that "It is a testament to the quality of ANDREA's performance, and to TRN ENTERTAINMENT's investment, efforts and expertise, that a competitor could offer her and her advisers a 'big enough payday' if she could be convinced to try to break her contract with us - which she cannot do. Though we continue to believe that ANDREA is a victim of those who would offer her enough money to take extreme actions, we are saddened for her and our entire team as a result of her falling to this temptation."

Going on to suggest that TANTAROS' advisers should have called to ask if TRN would be willing to sell the show to a competitor, the statement credited to SEVARAID again blames "certain unethical competitors who would seek to harm us and falsely induce ANDREA to

SHARE THIS PAGE

**Like on Facebook**
Be the first of your friends to like this.

**Share on Facebook**
Just click the Share button    0

**Share on Twitter**
Just click the tweet button    3

**Google +1**  +1  0

**Share by email**
Click here to email this page to friends

**Or pick your favorite ...**
More

1 **Radio's Got The Boston Marathon Covered Today**
posted April 21, 2014 at 9:00 AM (PT)

2 **Rush Limbaugh Takes Time Off To Get Second Cochlear Implant**
posted April 21, 2014 at 3:59 AM (PT)

3 **Report: Ryan Seacrest Looking To Expand Role At Clear Channel**
posted April 21, 2014 at 5:17 AM (PT)

4 **Salesperson Sues Clear Channel New Orleans For Retaliation Over Aiding Discrimination Suit**
posted April 21, 2014 at 3:59 AM (PT)

5 **Emmis Loses Appeal Of Loss Of Hungarian Radio License In International Tribunal**
posted April 21, 2014 at 4:31 AM (PT)

harm us as a method of trying to 'cut us out; of any sale of the contract for her radio host services." The statement calls TANTAROS' suit "a smokescreen for non-public attempts to steal our investment under the guise of a contract dispute. Therefore, we need to make the following extremely clear - ANDREA cannot unilaterally break her contract, and we are in full compliance with the agreement. Any statements to the contrary from her attorneys or anyone else are just bluster to attempt to hide the 'payday' strategy."

The statement claims that TRN is current on its payment obligations to TANTAROS, whose suit says she was not paid on time, and that it responded to TANTAROS' letter claiming breach in a timely manner, invalidating TANTAROS' subsequent termination notice.

MASTERS and SEVARAID's statement threatens the third parties, who he said "inluenced (TANTAROS) and put her into this embarrassing position," that TRN will "pursue them for their greed and other malevolent motives, so that this will be a cautionary tale, not to be repeated," insisting that "We also like a good fight when it is for the right reasons, and this is for all of the right reasons. We are not vindictive, but we do look forward to catching the rats and finishing what they started."

**« see more Net News**

**Comments** — trending now

People
Recent
**Popular**

**Rush Limbaugh Takes Time Off To Get Second Cochlear Implant**
26 comments · 1 hour ago

**Don Geronimo Adds Free 'Best Of' Podcast**
1 comment · 1 hour ago

**Yahoo! Sports Radio To Air Triple Crown Racing Coverage**
1 comment · 2 hours ago

**Salesperson Sues Clear Channel New Orleans For Retaliation Over Aiding Discrimination Suit**
3 comments · 7 hours ago

**Premiere: Randi Rhodes Show To End May 16th**
32 comments · 22 minutes ago

**WZMR PD Jamie 'Tanch' Tanchyk Heading To Hot In Seattle**
1 comment · 4 hours ago



## Articles and offers from around the Web

Sponsored



Get a Free Quote to Get Started on the Road to Clean, Renewable Energy



20 celebrities we didn't know were gay before they came out.



Time is running out to apply for this California program to eliminate your debt.



New currency law goes into effect July 1st, 2014. [Devastating]



Have a $500K portfolio? Ken Fisher, a 27-year Forbes columnist, has a retirement guide for you!

## Suggested for you

Side Effects: Weight Gain, Rashes, Diarrhea & More... **KeyBiotics**

Former Baltimore cheerleader Stacy Keibler has turned many male fans... **Rant Sports**

[ California] man finds an unlikely testosterone booster that builds... **Mens Lifestyles**

New Rule in California: If you pay for car insurance you better read… **TheFinanceGuardian**

NHL's Hottest Wives and Girlfriends... **Ranker**

Want to know the secret to speaking another language in just 10 days? **Pimsleur Approach**

'Crash Alert System' Signals Collapse in Stock Market... **Wall Street Calendar**

These 7 Drinks You Should Not Drink Again. **MyDiet**

**MORE ABOUT:** payday | money | law | mark masters | ron sevaraid | trn entertainment | andrea tantaros | talk radio network | insurance | travel | ipad



AROUND THE WEB

WHATS THIS?

Dog Show
Worst 7 Human Foods For Your Dog

Movies Talk
10 Disastrous Crew Visible Mistakes in Movies

WGU
How to Become an ESL Teacher

The Wall Street Journal Narratives
Ground Moves Under Enterprise Data Centers

ALSO ON **ALLACCESS.COM**

**Rush Limbaugh Takes Time Off To Get Second Cochlear Implant** 26 comments

**What Would Jesus Smoke? | Perry Michael Simon's Talk Topics …** 1 comment

**Salesperson Sues Clear Channel New Orleans For Retaliation …** 3 comments

**Somebody's Got Some Money!!! by Jimmy Carter | Rumbles From The …** 2 comments

**1 Comment**      AllAccess.com      Login ▾

Sort by Oldest ▾                          Share ↗   Favorite ★

Join the discussion…

**StarvingRadioArtist** · 6 months ago
Mark Masters has broken several talent contracts over the past month +, without warning and without pay in some cases. He put a CANCER PATIENT out on the street without notice or the termination pay that was due. Who's the REAL rat in this story?

∧ | ∨ · Reply · Share ›

✉ Subscribe      Ⓓ Add Disqus to your site                    **DISQUS**

**Site Map**                                                  **Contact Us**

| Radio Formats | Jobs | Forums | Charts & Data | Local Directories | **How can we help you?** |
|---|---|---|---|---|---|
| Alternative | Job Openings | Net Talk | Mediabase | New York Directory | |

Contemp Christian
Country
Dance
Hot/Mod/AC
News/Talk/Sports
Rock
Top 40/M
Top 40/R
Triple A
Urban/UAC

**Net News**

Net News Home

**RSS**

Situations Wanted
Stealth Jobs
VO/Imaging/Tracking

**Mobile Content**

iPhone App
Android App
Windows Phone App
Text Alerts

**Columns**

Power Player
PD Chronicles
The Letter

Promo/Marketing
Internet/Digital
Sales & Mgmt
Engineering/Tech
Research Doctor

**Social**

AA on Facebook
AA on Google+
AA on Twitter

**Ratings**

Nielsen
Eastlan

Song Charts
Airplay Add Board
RateTheMusic
StreetPulse
Big Champagne
Stock Index

**Clizbeats**

**SongDish**

**People**

Industry Directory
Power Player
Passport Approved

Los Angeles Directory
Chicago Directory
Nashville Directory
San Francisco Directory
Atlanta Directory
Dallas Directory
Houston Directory
San Antonio Directory
More Local Directories

**All Access Music**

I have a comment/suggestion
I have a tip for Net News
I'd like to advertise on the site
I have a business opportunity
I have an Industry Directory update
I have a Nielsen/Ratings correction
I'm having trouble with the website
I'd like to contribute content

**All Access Music Group**

28955 Pacific Coast Highway
Suite 210
Malibu, CA   90265
310.457.6616 (P)
310.457.8058 (F)

AdChoices

Home • About Us • Our Staff • Contact Us • Privacy Policy • Terms of Service

Copyright © 2014 All Access Music Group. All rights reserved.

# Exhibit "C"

**From:** Erin Terry
**Sent:** Monday, August 19, 2013 9:22 AM
**To:** 'Andrea Tantaros'
**Subject:** Dinner with Mark

Hi Andrea,

Mark wanted me to check with you to see if you are doing The Five on Wednesday.  He said that him and the boys would like to take you and your boyfriend to dinner on Wednesday, but he needed to know what time would work best for you.  Please let me know.

Kind Regards,

**Erin Terry**

**Executive Assistant to CEO**

**Talk Radio Network**

**225 NE Hillcrest Drive**

**Grants Pass, OR 97526**

**(541) 474-2297 ext 2224**

**Cell: 541-660-9416**

**email: eterry@trn1.com**

**website: www.talkradionetwork.com**

**From:** Erin Terry <eterry@trn1.com>
**Date:** August 19, 2013, 7:53:39 PM EDT
**To:** Christopher Coffey <chris.coffey@mac.com>
**Subject: FW: Dinner with Mark**

Hi Chris,

I sent these two emails, one below and the other attached to Andrea this morning to find out when would be a good time for Mark and the boys to take her to dinner. Could you please make sure that she got these two emails and let me know as soon as possible what would work for you so I can add it to Mark's itinerary?

Thanks Chris, I appreciate it!

**Erin Terry**

**Executive Assistant to CEO**

**Talk Radio Network**

**225 NE Hillcrest Drive**

**Grants Pass, OR 97526**

**(541) 474-2297 ext 2224**

**Cell: 541-660-9416**

**email: eterry@trn1.com**

**website: www.talkradionetwork.com**

2

# Exhibit "D"

Case 1:13-cv-06005-NLH-JS   Document 29-1   Filed 04/21/14   Page 22 of 23 PageID: 619

Advanced    5 

| Home | Profile | Network | Jobs | Interests | | Business Services | Upgrade |

Pro Hac Vice? - Why roll the dice? Partner with AV-rated counsel in Maryland & Wash., D.C. | Read More »



## Erin Terry
Personal Executive Assistant to CEO at Talk Radio Network
Medford, Oregon Area   Marketing and Advertising

 **Send Erin InMail** ▾    **18** connections

www.linkedin.com/pub/erin-terry/40/126/584

**Background**

     Experience

**Personal Executive Assistant to CEO**
Talk Radio Network

**Following**



**Talk Radio Network**
Marketing and
Advertising
Follow

**Ads You May Be Interested In**

 **Attn: Legal Professionals**
Earn a Master's in Taxation Law
at Thomas Jefferson University
Learn more.

 **Paralegals: Need Your BA?**
Accelerate Your Career in Law
With an Online Legal Studies
Bachelor's!

 **The Top Trial Lawyers**
Million Dollar Advocates Forum.
Are you qualified for
membership?

**People Also Viewed**

 **Jessica Stankiewicz**
Nursing Student at Thomas Jefferson
University

 **Stephanie Weitzman**
VP, Branch Manager at National Penn

 **Larry Glaser**
Dentist at Lawrence E Glaser DMD,
PC

 **Jim Watkins**
Director of Affiliate Relations

 **Laura Bassett**
Politics Reporter at The Huffington
Post

 **Rachel Sutherland**
Washington, DC-based Reporter

 **Sarah Blakley**
Project Manager

 **Dr. Veronica Anderson**
Chief Executive Officer at American
Car Exporters

 **Dave Osborne**
Purchasing Manager at Motorcycle
USA

**Newton Hayes**
Owner at South Cascade Organics

Help Center   About   Press   Blog   Careers   Advertising   Talent Solutions   Tools   Mobile   Developers   Publishers   Language   Upgrade Your Account

LinkedIn Corporation © 2014   User Agreement   Privacy Policy   Community Guidelines   Cookie Policy   Copyright Policy   Send Feedback

## **CERTIFICATE OF SERVICE**

I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, District of New Jersey, using the electronic case filing system of the court.

I hereby certify that on April 21, 2014, I caused:

### **DECLARATION OF PLAINTIFF ANDREA TANTAROS IN SUPPORT OF PLAINTIFFS ASTERO AND ANDREA TANTAORS' SUR-REPLY**

to be served by first class mail on:

***Athan Tsimpedes, Esq.,***
***TSIMPEDES LAW FIRM***
***1920 N. Street, NW, Suite 300***
***Washington, D.C. 20036***

I declare, under penalty of perjury under the laws of the United States of America that the foregoing is true and that I am employed in the office of a member of the Bar of this court at whose direction the service was made.

Executed this 21st day of April, 2014, at Los Angeles, California.

/s/ Ashley M. Hunt_____

Ashley M. Hunt

**DECLARATION OF PLAINTIFF ANDREA TANTAROS**