1

## CERTIFICATE OF SERVICE

2   I electronically filed the foregoing document with the clerk of the court for the

3   U.S. District Court, District of New Jersey, using the electronic case filing system of

4   the court.

5   I hereby certify that on April 21, 2014, I caused:

6

7   **PLAINTIFFS ASTERO, LLC AND ANDREA TANTAROS' SUR-REPLY TO DEFENDANTS TALK RADIO AND MARK MASTERS' REPLY TO**

8   **PLAINTIFFS' OPPOSITION TO MOTION TO VACATE ENTRY OF DEFAULT**

9

10   to be served by first class mail on:

*Athan Tsimpedes, Esq.,*
11   *TSIMPEDES LAW FIRM*
*1920 N. Street, NW, Suite 300*
12   *Washington, D.C. 20036*

13   I declare, under penalty of perjury under the laws of the United States of

14   America that the foregoing is true and that I am employed in the office of a member of

15   the Bar of this court at whose direction the service was made.

16   Executed this 21st day of April, 2014, at Los Angeles, California.

17

18

19
_____
20   Ashley M. Hunt

21

22

23

24

25

26

27

28

---

5

**PLAINTIFFS ASTERO, LLC AND ANDREA TANTAROS' SUR-REPLY TO DEFENDANTS TALK RADIO AND MARK MASTERS' REPLY**