# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

## MINUTES OF PROCEEDINGS

Camden Office                                          Date of proceeding: April 28, 2014

**JUDGE JOEL SCHNEIDER**

COURT REPORTER: Electronic Court Recorder

**TITLE OF CASE:**                                    DOCKET NO.  13-cv-6005(NLH)
ASTERO, LLC et al
           v.
TALK RADIO NETWORK
ENTERTAINMENT, INC. et al

**APPEARANCES:**
Timothy McIlwain & Christian Molnar, Esqs. for Plaintiff
Athan Tsimpedes & John Shoreman Esqs. for Defendants

**NATURE OF PROCEEDINGS:**
Hearing on [17] MOTION to Set Aside Default, filed by defendants.
Decision reserved.
Order to be entered.


                                    DEPUTY CLERK:_____s/ Sarah Eckert_____


Time Commenced: 2:51 p.m.                              Time Adjourned: 3:34 p.m.
**Total Time in Court:  45 mins.**


CC:  CHAMBERS