UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

MINUTES OF PROCEEDINGS

Camden Office                           Date of proceeding: May 27, 2014

**JUDGE JOEL SCHNEIDER**

COURT REPORTER: Electronic Court Recorder

**TITLE OF CASE:**                      DOCKET NO.  13-cv-6005(NLH)
ASTERO, LLC et al
          v.
TALK RADIO NETWORK ENTERTAINMENT, INC. et al

**APPEARANCES:**
Tim McIlwain, Esql for Plaintiff
John Shoreman, Esq. for Defendant

**NATURE OF PROCEEDINGS:**
Telephone Status Conference re: Defendant's [35] Letter Application to excuse the in-person appearance of Mr. Masters at the scheduled settlement conference.
Ordered Mark Masters sworn.  Mark Masters sworn.
Ordered defendant's application GRANTED.
Ordered Mr. Master's personal appearance at the 5/28/2014 Settlement Conference is not required.


                                        DEPUTY CLERK:      s/ Sarah Eckert



Time Commenced: 2:55 p.m.               Time Adjourned:   3:15 p.m.
**Total Time in Court:   20 mins.**

CC:  CHAMBERS