# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

## MINUTES OF PROCEEDINGS

Camden Office                                   Date of proceeding: August 19, 2014

**JUDGE JOEL SCHNEIDER**

COURT REPORTER: Electronic Court Recorder

**TITLE OF CASE:**                              DOCKET NO. 13-cv-6005(NLH)
ASTERO, LLC et al
          v.
TALK RADIO NETWORK
ENTERTAINMENT, INC. et al

**APPEARANCES:**
Christian Molnar, Esq. for Plaintiffs
John Shoreman & Athan Tsimpedes, Esq. for Defendants

**NATURE OF PROCEEDINGS:**
Telephone Status Conference re: Plaintiff's 8/19/2014 letter held on the record.
Order to be entered.


                                DEPUTY CLERK:_____s/ Sarah Eckert_____


Time Commenced: 4:05 p.m.
Time Adjourned:   4:30 p.m.
**Total Time in Court:   25 mins.**


CC:  CHAMBERS