TIMOTHY J. McILWAIN
**ATTORNEY AT LAW, LLC**
89 River Street #1538
Hoboken, New Jersey 07030
Tel: (877) 375-9599
Fax: (609) 450-7017
Email: Attorney@McIlwainLaw.com

CHRISTIAN S. MOLNAR, ESQ. (CA State Bar No. 177665)
*(Pro Hac Vice Counsel)*
**CHRISTIAN S. MOLNAR LAW CORPORATION**
12400 Wilshire Boulevard, Suite 1180
Los Angeles, California 90025
Telephone: (310) 820-9900
Facsimile: (310) 820-9926
Email: christian@christiansmolnarlaw.com

Attorneys for Plaintiffs ASTERO, LLC, a New Jersey limited liability company, and ANDREA K. TANTAROS, an individual

# THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ASTERO, LLC, a New Jersey Limited Liability Company; ANDREA K. TANTAROS, an individual,<br><br>　　　　　Plaintiffs,<br><br>　　vs.<br><br>TALK RADIO NETWORK ENTERTAINMENT, INC., an Oregon corporation, MARK MASTERS, an individual, and Does 1 through 10, inclusive,<br><br>　　　　　Defendants. | Case No.: 1:13-cv-06005-NLH-JS<br><br>**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

**IT IS HEREBY STIPULATED,** by and between the parties that this matter having been resolved to the mutual satisfaction of all parties, Plaintiff's complaint is hereby dismissed with prejudice pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii). It is further stipulated that the parties shall each bear their own attorneys' fees and costs associated with the claims dismissed by this stipulation of voluntary dismissal.

Dated: September 9, 2014

TIMOTHY L. McILWAIN, ATTORNEY AT LAW

By: _/s/Timothy McIlwain_____
    Timothy J. McIlwain, Esq.
    Attorneys for Plaintiffs ASTERO, LLC, a New Jersey limited liability company, and ANDREA TANTAROS, an individual

CHRISTIAN S. MOLNAR LAW CORPORATION

By: _/s/ Christian S. Molnar_____
    Christian S. Molnar, Esq.
    *Pro Hac Vice* Counsel for Plaintiffs ASTERO, LLC, a New Jersey limited liability company, and ANDREA TANTAROS, an individual

McFADDEN & SHOREMAN

By: /s/ John Shoreman_____
   John M. Shoreman, Esq.
   *Pro Hac Vice* Counsel for Defendants TALK RADIO NETWORK ENTERTIANMENT, INC., an Oregon corporation, and MARK MASTERS, an individual.

LAW OFFICES OF ATHAN T. TSIMPEDES

By: /s/ Athan Tsimpedes_____
   Athan T. Tsimpedes, Esq.
   Attorneys Defendants TALK RADIO NETWORK ENTERTIANMENT, INC., an Oregon corporation, and MARK MASTERS, an individual.

---

3

**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

...

## PROOF OF SERVICE

I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, District of New Jersey, using the electronic case filing system of the court.

I hereby certify that on September 9, 2014, I caused:

**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

to be served by first class mail on:

**Defendant TALK RADIO NETWORK, INC., an Oregon corporation and Defendant MARK MASTERS, an individual**

by placing a true copy in a sealed envelope addressed as follows:

*John Shoreman, Esq.*
*McFADDEN & SHOREMAN*
*11 Dupont Circle, NW, Suite 500*
*Washington, DC 20036*

☒ **FEDERAL:** I declare, under penalty of perjury under the laws of the United States that the foregoing is true and that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

Executed on September 9, 2014, in Los Angeles, California.

*/s/ Ashley M. Hunt*
Ashley M. Hunt